IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.   04-cv-01993-LTB-BNB

JEROME and PATRICIA KOWALSKI,

    Plaintiffs,

v.

CHASE MANHATTAN MORTGAGE CORP.,
CITIBANK N.A. AS TRUSTEE,

    Defendants.

_____

ORDER
_____

    The Plaintiffs, Jerome and Patricia Kowalski ("Kowalskis"), acting *pro se*, asserted various claims arising out of their grant of a mortgage to the defendant Chase Manhattan Mortgage Corp. ("Chase").  On March 17, 2005, the defendants moved for summary judgment. On June 2, 2005, after the time for a response had long expired, *see* D.C.Colo.L.Civ.R. 56.1, I granted summary judgment in favor of Chase and its fellow defendant, Citibank N.A., in its capacity as trustee ("Citibank").  On June 3, 2005, the Kowalskis filed what purported to be a response to the defendants' motion.  Judgment entered on June 7, 2005.  Out of an abundance of caution, notwithstanding the Kowalskis' tardiness and disregard of the procedural rules, I reviewed my Order granting summary judgment in light of the Kowalski's arguments and found that the response did not raise any genuine issues of material fact.

    The Kowalskis now move for relief from judgment pursuant to Fed. R. Civ. P. 60(b). Even if the Kowalskis were able to demonstrate excusable neglect, which they are not, their

motion raises no new substantive issues.

      It is therefore ORDERED that the motion for relief from judgment is DENIED.

Dated: July   29  , 2005, in Denver, Colorado.

                                  BY THE COURT:

                                    s/Lewis T. Babcock  
                                  Lewis T. Babcock, Chief Judge